UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Justtin Kenyotta Haywood
                    Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:21-cr- 376 (KMK)

Defendant  Justtin Kenyotta Haywood hereby voluntarily consents to participate in the following
proceeding via    ☒ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☒    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
      Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel


*/ S / Justtin K. Haywood*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Justtin K. Haywood
Print Defendant's Name


*J. P. Facciponti*
Defendant's Counsel's Signature

Joseph P. Facciponti
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

6/3/21
Date

U.S. District Judge/U.S. Magistrate Judge