

**MEMO ENDORSED**

Email: jfacciponti@mmlawus.com  
Direct: 212.880.3966  
Facsimile: 212.880.3998

1185 Avenue of the Americas  
Floor 21  
New York, NY 10036

September 3, 2021

> Deft's request to adjourn the in-person Sentencing from Oct. 13, 2021 or, alternatively, Oct. 14, 2021 until Dec. 15, 2021 at 11:45 am or, alternatively, Dec. 16, 2021 at 11:45 am without objection by the Gov't is granted. Clerk of Court requested to terminate the motion (doc. 28). Dated: Sept. 7, 2021
>
> SO ORDERED:
> /s/ Hon. Nelson S. Román
> UNITED STATES DISTRICT JUDGE

*Via ECF and Email (romannysdchambers@nysd.uscourts.gov)*

Honorable Nelson Stephen Román  
United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601-4150

Re: *United States v. Haywood*, 21 Cr. 376 (NSR)

Dear Judge Román:

    I am CJA counsel for Justin Kenyotta Haywood in the above-referenced matter. Sentencing in this matter is currently scheduled for either October 13 or 14, 2021. I write to respectfully request that sentencing be adjourned for 60 days. The government has no objection to this request. Mr. Haywood is presently detained at the Westchester County Jail.

    As the Court is aware, the defense has retained a mitigation expert to assist in preparing a mitigation report for the Court to use at sentencing. Although the mitigation expert has been diligently working to obtain key records for Mr. Haywood since she was retained at the start of the summer, because many of the records related to Mr. Haywood's educational, employment, and criminal history are located out of state – in Colorado, Texas, New Jersey, and elsewhere – the mitigation expert needs additional time to obtain those records and prepare a report. In addition, the undersigned needs additional time to review the report and incorporate it into Mr. Haywood's sentencing submission, which is due two weeks prior to sentencing. Accordingly, the defense respectfully requests that sentencing be adjourned by 60 days. This is the defense's first request for an adjournment of sentencing.

Respectfully submitted,

/s/ J.P.F.

Joseph P. Facciponti

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 9/7/2021

New York ♦ Washington, D.C. ♦ Virginia ♦ Chicago ♦ San Francisco